FILED
JAN 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 07            6382

_____,        )    CASE NO. _____TEH_____ (PR)
            Plaintiff,             )
                                   )    PRISONER'S
    vs.                            )    APPLICATION TO PROCEED
                                   )    IN FORMA PAUPERIS
_____,        )
            Defendant.             )
_____)

    I, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

| | | | |
|---|---|---|---|
| a. | Business, Profession or self employment | Yes ___ | No ___ |
| b. | Income from stocks, bonds, or royalties? | Yes ___ | No ___ |
| c. | Rent payments? | Yes ___ | No ___ |
| d. | Pensions, annuities, or life insurance payments? | Yes ___ | No ___ |
| e. | Federal or State welfare payments, Social Security or other government source? | Yes ___ | No ___ |

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?                                              Yes ___ No ___

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.   a.   List amount you contribute to your spouse's support:$ _____

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?    Yes ____  No ____
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?    Yes ____  No ____
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $_____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes _____ No ____ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No ____ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ____ No ____
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _____    $ _____    $ _____
27 _____    $ _____    $ _____
28 _____    $ _____    $ _____

1 | 9. Do you have any other debts? (List current obligations, indicating amounts and to
2 | whom they are payable. Do <u>not</u> include account numbers.)
3 | _____
4 | _____
5 | 10. Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes ____   No ____
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____
10 | _____
11 |     I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |     I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.
15 |
16 | _____       _____
17 |     DATE                                          SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated: _____   _____
                    [Authorized officer of the institution]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

DEC 17 2007

TEH

RICHARD
CLERK
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your petition has been filed as civil case number _____. **(PR)**

√ A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. √ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

   ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____ Your In Forma Pauperis Application was not completed in its entirety.

   ____ You did not sign your In Forma Pauperis Application.

   ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 11/07

ROMERO




**ORIGINAL FILED**

DEC 17 2007

RICHARD W. ___
CLERK, U.S. ___
NORTHERN DISTRICT OF CALIFORNIA

PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name  ROMERO                     ISIDRO
         (Last)                   (First)           (Initial)

Prisoner Number  D-07204

Institutional Address  SAN QUENTIN STATE PRISON 3-N-06; SAN QUENTIN, CA 94974

TEH (PR)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISIDRO ROMERO
Full Name of Petitioner

Case No. (To be provided by the clerk of court)

vs.

ROBERT L. AYERS JR.
Name of Respondent
(Warden or jailor)

PETITION FOR A WRIT OF HABEAS CORPUS

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your

1