IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO ROMERO,<br><br>  Petitioner,<br><br>  vs.<br><br>ROBERT L. AYERS, JR., Warden,<br><br>  Respondent. | No. C 07-06382 TEH (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION<br><br>(Docket No. 3) |

Petitioner, a California state inmate at San Quentin State Prison, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner failed to pay the appropriate filing fee, so on December 17, 2007, this court's clerk sent him a notice that he must pay the filing fee or file a completed In Forma Pauperis Application within thirty days or the case would be dismissed.

On January 24, 2008, petitioner filed a blank in forma pauperis application. (Docket No. 3)  Furthermore, the attached Certificate of Funds in Prisoner's Account was not completed and signed by an authorized officer at the prison, and petitioner also failed to provide a prisoner's trust account statement for the preceding six month period.

Within **thirty (30) days** from the date this order is filed, petitioner must submit a completed in forma pauperis application, dated and signed, as well as the necessary accompanying documents, *i.e.*, a Certificate of Funds in Prisoner's Account and a prisoner's trust account statement for the six month period immediately preceding December 17, 2007, the date the instant petition was filed.  Failure to comply in

1 | accordance with this order will result in the dismissal of this action without further notice
2 | to petitioner.
3 | SO ORDERED.
4 | DATED:  April 22, 2008

/s/ Thelton E. Henderson
THELTON E. HENDERSON
United States District Judge