# EXHIBIT 4

RECEIVED IN CRIMINAL DOCKETING
NOEMI
COURT OF APPEAL-4TH DIST DIV 3
FILED
SEP 20 2007
Deputy Clerk_____

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FOURTH APPELLATE DISTRICT

DIVISION THREE

| | |
|---|---|
| In re ISIDRO ROMERO on Habeas Corpus. | G039238<br><br>(Super. Ct. No. M11411)<br><br>O R D E R |

THE COURT:*

The petition for a writ of habeas corpus and request for appointment of counsel are DENIED.



RYLAARSDAM, ACTING P. J.

\* Before Rylaarsdam, Acting P. J., O'Leary, J., and Ikola, J.

COPY

G039238
Romero v. The Superior Court of California, County of Orange

---

Superior Court of Orange County

Appellate Defender's, Inc.
District Attorney
Department of Corrections

Isidro Romero
CDC:#D07204
3-N-06
San Quentin State Prison
San Quentin, CA 94964

The Superior Court of California, County of Orange
Attn: Hon. Richard King
700 Civic Center Dr. West
Santa Ana, CA 92701

Writs & Appeal
Office Of The District Attorney
401 Civic Center Drive West
Santa Ana, CA 92701

Office Of The State Attorney General
P O Box 85266
San Diego, CA 92186-5266

2007 SEP 24. AM 9:27
ATTORNEY GENERAL
SAN DIEGO