**EXHIBIT 6**

RECEIVED IN CRIMINAL DOCKETING
LORIA

Court of Appeal, Fourth Appellate District, Div. 3 - No. G039238
S156880

# IN THE SUPREME COURT OF CALIFORNIA

### En Banc

In re ISIDRO ROMERO on Habeas Corpus

The petition for review is denied.

SUPREME COURT
FILED

NOV 2 8 2007

Frederick K. Ohlrich Clerk

_____
Deputy

_____
GEORGE
Chief Justice